**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>**PEREZ, MARIO A**<br><br>**Debtor(s)** | **CHAPTER 7 CASE**<br><br>**CASE NO. 06-05305 BL**<br><br>**JUDGE Bruce W. Black(Joliet)** |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: Will County Court Annex Building
   57 N. Ottawa St., Room 201
   Joliet, Illinois 60432

   on: **May 8, 2009**
   at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                  $        11,070.91

   b. Disbursements                             $             0.00

   c. Net Cash Available for                    $        11,070.91
   Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | | 0.00 | $1,857.09 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $8446.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%, plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Worldwide Asset Purchasing, LLC | $ 8,446.37 | $ 8,446.37 |
| 1I | Worldwide Asset Purchasing, LLC | $ 981.02 | $ 767.45 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or

      may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.       Debtor has been discharged.

11.       The Trustee proposed to abandon the following property at the hearing:

Dated: **March 13, 2009**        For the Court,

      **KENNETH S. GARDNER**
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn Street; 7th Floor
      Chicago, IL  60604

Trustee:   MICHAEL G. BERLAND
Address:   1 NORTH LASALLE STREET
             STE 1775
             CHICAGO, IL  60602
Phone No.: (312) 855-1272

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: Mar 13, 2009
Case: 06-05305                Form ID: pdf002             Total Served: 36

The following entities were served by first class mail on Mar 15, 2009.
db          +Mario A Perez,    2802 Ruthfitzgerald Dr,    Plainfield, IL 60586-7208
10729211    +Andrew S. Corbett #,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60654-6392
10944334    +Asset Acceptance LLC,    C/O Dennis B Porick,    63 W Jefferson St Ste 100,    Joliet, IL 60432-4337
10729213    +Ballys,    12440 E Imperial Suite 3,    Norwalk, CA 90650-3177
10729214    +Bp Oil/citibank,    Po Box 6003,    Hagerstown, MD 21747-6003
10729215    +Cab Serv,    60 Barney Dr,    Joliet, IL 60435-6402
10729216    +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
10944337    +Corwin Medical Care,    15722 S Rte 59,    Plainfield, IL 60544-2604
10944336    +Corwin Medical Care,    CA Service,    60 Barney Dr,    Joliet, IL 60435-6402
10729217    +Credtrs Coll,    Pob 63 151 N Schuyler Ave,    Kankakee, IL 60901-0063
10729219    +Fnbm/credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
10729220    +H&f Law,    33 N Lasalle Ste. 1200,    Chicago, IL 60602-3415
10729222    +Hfc,    Po Box 1547,    Chesapeake, VA 23327-1547
10729224    +Hsbc Nv,    Po Box 43730,    Baltimore, MD 21236-0730
10729223    +Hsbc Nv,    Po Box 19360,    Portland, OR 97280-0360
10729225    +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
10729226    +Irwin Mtg,    9265 Counselor Row,    Indianapolis, IN 46240-6401
10944339    +Jewel,    C/O Harvard Collections,    4839 N Elston Ave,    Chicago, IL 60630-2534
10729227    +Kca Financial Svcs,    628 North St,    Geneva, IL 60134-1356
10729228    +Kca Finl,    628 North Street Pob 53,    Geneva, IL 60134-0053
10944344    +Linden Oaks Hospital,    C/O Merchants Credit guide,    223 W Jackson Blvd Ste 900,
              Chicago, IL 60606-6912
10729229    +Merchants Cr,    223 W Jackson St Suite 900,    Chicago, IL 60606-6993
10729230    +Midland Credit Mgmt,    8875 Aero Dr,    San Diego, CA 92123-2251
10944345    +Naperville Ear/Nose/Throat,    IC System,    PO Box 64378,    Saint Paul, MN 55164-0378
10729231    +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
10729232    +Pellettieri,    991 Oak Creek Dr,    Lombard, IL 60148-6408
10944347    +Provena Saint Joseph's,    KCA Financial Services,    628 N Street,    Geneva, IL 60134-1356
10944349    +Provena St Joseph's Medical Center,    333 N Madison,    Joliet, IL 60435-8233
10944348    +Provena St Joseph's Medical Center,    C/O Creditors Collection,    PO Box 63/151 N Schuyler,
              Kankakee, IL 60901-0063
10729233    +Providian Financial,    Po Box 9180,    Pleasanton, CA 94566-9180
10944350    +TCF National Bank,    C/O Heller & Frisone,    33 N LaSalle St #1200,    Chicago, IL 60602-3415
10729234    +Washington Mutual Home,    324 W Evans St,    Florence, SC 29501-3430
11219363    +Worldwide Asset Purchasing, LLC,    c/o West Asset Management, Inc,    P. O. Box 672047,
              Marietta, GA 30006-0035

The following entities were served by electronic transmission on Mar 14, 2009.
10729212    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance,
              Po Box 2036,    Warren, MI 48090-2036
10729221    +E-mail/Text: bkynotice@harvardcollect.com                              Harvard Collection,
              4839 N Elston Ave,    Chicago, IL 60630-2589
10944346    +E-mail/Text: bankrup@nicor.com                                         Nicor Gas,
              Attn Bankruptcy & Collections,    PO Box 549,    Aurora, IL 60507-0549
                                                                                                TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10944332     Alpine Capital Investments,    C/O Jeffery Albert Allen
10729218     Elizabeth A. Perez,    Unknown
10944338     First National Bank of Marin
10944351     Worldwide Asset Purchasing LLC
10729210*   +Mario A Perez,    2802 Ruthfitzgerald Dr,    Plainfield, IL 60586-7208
                                                                                                TOTALS: 4, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2009**            **Signature:**   _Joseph Speetjens_