# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: PEREZ, MARIO A | § Case No. 06-05305 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $70,700.00 |
| Total Distribution to Claimants: $9,215.33 | Claims Discharged Without Payment: $5,753.06 |
| Total Expenses of Administration: $1,857.09 | |

3) Total gross receipts of $ 11,072.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,072.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $134,091.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,857.09 | 1,857.09 | 1,857.09 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 16,463.00 | 9,427.39 | 9,427.39 | 9,215.33 |
| **TOTAL DISBURSEMENTS** | $150,554.00 | $11,284.48 | $11,284.48 | $11,072.42 |

4) This case was originally filed under Chapter 7 on May 10, 2006.
. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _12/24/2009_ By: _/s/MICHAEL G. BERLAND_
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2802 Ruthfitzgrald Drive, Plainfiled, -scheduled | 1110-000 | 11,000.00 |
| Interest Income | 1270-000 | 72.42 |
| **TOTAL GROSS RECEIPTS** | | **$11,072.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Washington Mutual Home | 4110-000 | 134,091.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$134,091.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,857.09 | 1,857.09 | 1,857.09 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,857.09 | 1,857.09 | 1,857.09 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Worldwide Asset Purchasing, LLC | 7200-000 | 10,922.00 | 8,446.37 | 8,446.37 | 8,446.37 |
| Worldwide Asset Purchasing, LLC | 7990-000 | N/A | 981.02 | 981.02 | 768.96 |
| Kca Financial Svcs | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| Kca Financial Svcs | 7100-000 | 95.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| I C System | 7100-000 | 213.00 | N/A | N/A | 0.00 |
| Irwin Mtg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Hsbc Nv | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Kca Finl | 7100-000 | 96.00 | N/A | N/A | 0.00 |
| Merchants Cr | 7100-000 | 341.00 | N/A | N/A | 0.00 |
| Merchants Cr | 7100-000 | 2,200.00 | N/A | N/A | 0.00 |
| Pellettieri | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Providian Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Midland Credit Mgmt | 7100-000 | 475.00 | N/A | N/A | 0.00 |
| Nicor Gas | 7100-000 | 642.00 | N/A | N/A | 0.00 |
| Merchants Cr | 7100-000 | 714.00 | N/A | N/A | 0.00 |
| Hsbc Nv | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Harvard Collection | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Cab Serv | 7100-000 | 126.00 | N/A | N/A | 0.00 |
| Cab Serv | 7100-000 | 104.00 | N/A | N/A | 0.00 |
| Ballys | 7100-000 | unknown | N/A | N/A | 0.00 |
| Bp Oil/citibank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Cab Serv | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| Ballys | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Capital 1 Bk | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Hfc | 7100-000 | unknown | N/A | N/A | 0.00 |
| H&f Law | 7100-000 | 249.00 | N/A | N/A | 0.00 |
| Fnbm/credit One Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Credtrs Coll | 7100-000 | 88.00 | N/A | N/A | 0.00 |
| Fnbm/credit One Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 16,463.00 | 9,427.39 | 9,427.39 | 9,215.33 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

Case Number: 06-05305  
Case Name: PEREZ, MARIO A  

Period Ending: 12/24/09

Trustee: (520196)  MICHAEL G. BERLAND  
Filed (f) or Converted (c): 05/10/06 (f)  
§341(a) Meeting Date: 07/13/06  
Claims Bar Date: 12/14/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2802 Ruthfitzgrald Drive, Plainfiled, -scheduled | 199,000.00 | 0.00 | | 11,000.00 | FA |
| 2 | Checking-American First credit-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Books, tapes etc-scheduled | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing-scheduled | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Costumer jewelry-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Term life insurance-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 401k pan-scheduled | 30,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2005 tax refund-scheduled | 4,500.00 | 0.00 | | 0.00 | FA |
| 10 | Child support-scheduled | 900.00 | 0.00 | | 0.00 | FA |
| 11 | 1993 Ford escort-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 72.42 | Unknown |
| 12 | Assets   Totals (Excluding unknown values) | $236,700.00 | $0.00 | | $11,072.42 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee compromised his interest in the debtor's house.

Initial Projected Date Of Final Report (TFR):   October 31, 2010        Current Projected Date Of Final Report (TFR):   October 31, 2010

Printed: 12/24/2009 01:29 PM    V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-05305 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | PEREZ, MARIO A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ****-*****99-65 - Money Market Account |
| Taxpayer ID #: | 13-7563751 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/24/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/17/07 | {1} | Harris Bank | Payment of non-exempt equity in home pursuant to court order | 1110-000 | 11,000.00 | | 11,000.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.34 | | 11,002.34 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.07 | | 11,008.41 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.68 | | 11,014.09 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.27 | | 11,020.36 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.08 | | 11,026.44 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.49 | | 11,031.93 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.48 | | 11,038.41 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.74 | | 11,044.15 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.62 | | 11,049.77 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 5.05 | | 11,054.82 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.26 | | 11,057.08 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.05 | | 11,059.13 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.54 | | 11,060.67 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.38 | | 11,062.05 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.40 | | 11,063.45 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.40 | | 11,064.85 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 11,066.16 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.45 | | 11,067.61 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.20 | | 11,068.81 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.87 | | 11,069.68 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 11,070.46 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 11,070.91 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 11,071.33 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,071.81 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 11,072.26 |
| 05/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.16 | | 11,072.42 |
| 05/12/09 | | To Account #*********9966 | Transfer for purpose of final distribution | 9999-000 | | 11,072.42 | 0.00 |
| | | | ACCOUNT TOTALS | | 11,072.42 | 11,072.42 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,072.42 | |
| | | | Subtotal | | 11,072.42 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $11,072.42 | $0.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-05305 | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | PEREZ, MARIO A | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***.*****99-66 - Checking Account |
| Taxpayer ID #: | 13-7563751 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/24/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/12/09 | | From Account #*********9965 | Transfer for purpose of final distribution | 9999-000 | 11,072.42 | | 11,072.42 |
| 05/13/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,857.09, Trustee Compensation; Reference: | 2100-000 | | 1,857.09 | 9,215.33 |
| 05/13/09 | 102 | Worldwide Asset Purchasing, LLC | Dividend paid 100.00% on $8,446.37; Claim# 1; Filed: $8,446.37; Reference: | 7200-000 | | 8,446.37 | 768.96 |
| 05/13/09 | 103 | Worldwide Asset Purchasing, LLC | Dividend paid 78.38% on $981.02; Claim# 1I; Filed: $981.02; Reference: | 7990-000 | | 768.96 | 0.00 |

|  |  | ACCOUNT TOTALS | 11,072.42 | 11,072.42 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 11,072.42 | 0.00 | |
|  |  | Subtotal | 0.00 | 11,072.42 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | NET Receipts / Disbursements | $0.00 | $11,072.42 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***.*****99-65 | 11,072.42 | 0.00 | 0.00 |
| Checking # ***.*****99-66 | 0.00 | 11,072.42 | 0.00 |
| | $11,072.42 | $11,072.42 | $0.00 |

{} Asset reference(s)

Printed: 12/24/2009 01:29 PM    V.11.53